■ CONWAY BEAM LEASING, INC., Respondent, v SHERMAR, INC., Appellant. [893 NYS2d 794]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered April 28, 2008. The order denied the motion of defendant Shermar, Inc. seeking leave to reargue its opposition to plaintiff's motion for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Smith, J.P., Peradotto, Carni, Pine and Gorski, JJ.